

## AMENDMENT AND MODIFICATION OF PAYMENT TERMS
### Agreement No. 2167754

This AMENDMENT AND MODIFICATION OF PAYMENT TERMS ("Modification"), made this 27th day of February, 2017, by and between Ascentium Capital LLC, having offices located at 23970 U.S. Highway 59 North, Kingwood, TX 77339 ("Creditor"), and Central USA Wireless, LLC, having offices located at 11210 Montgomery Road Dayton, OH 45429 ("Debtor").

WHEREAS, the Creditor and Debtor are parties to a certain Agreement ("Agreement") as referenced above; and

WHEREAS, the Agreement provided for, among other things, terms of payment for the equipment which was the subject of the Agreement; and

WHEREAS, the parties desire to amend the terms of payment under the Agreement, on the terms set forth herein.

NOW, THEREFORE, in consideration of the premises and the covenants and agreements set forth herein, the parties agree as follows:

1. Amendment of Payment Terms. The payment terms in the Agreement are hereby amended as set forth herein (sales and/or other taxes shall be added to each payment if applicable):
   a. Beginning May 1, 2017, two (2) payments of $645.33; due on or before the 1st of each month;
   b. Beginning July 1, 2017, forty-three (43) payments of $3,147.30, due on or before the 1st of each month;
   c. Beginning February 1, 2021, one (1) payment of $2,918.66, due on or before February 1, 2021

2. Effect of Amendment. Except as specifically modified herein, all of the terms, provisions and conditions of the Agreement remain and continue in full force and effect. In the event that this Modification is not strictly adhered to, Creditor reserves the right to revoke this Modification, in which event all payments under the Agreement will be due as originally scheduled. You agree that a facsimile copy of this Modification as executed by you shall be deemed the equivalent of an originally executed copy for all purposes.

IN WITNESS WHEREOF, the parties have set their hands hereto the day and year first above-written.

DEBTOR:
CENTRAL USA WIRELESS, LLC
By: _____ CEO _____
(Signature)
Name: Christopher R. Hildebrant
(Printed Name)
Its: CEO
(Title)

CREDITOR:
ASCENTIUM CAPITAL LLC
By: _____
(Signature)
Name: Jerry L Noon
(Printed Name)
Its: SVP
(Title)



EXHIBIT A-1