

May 8, 2017

Central Usa Wireless, LLC
11210 MONTGOMERY RD
CENTERVILLE, OH 45429

RE:     Ascentium Capital LLC Agreement Number: 2167754 ("Agreement")

### RETURNED PAYMENT NOTICE

Ladies and Gentlemen:

You are hereby notified that your recent payment made as required by the terms of the above-referenced Agreement in the amount of $3,147.30 has not been honored by your bank. Payment must be made by by you, via certified check, wire or ACH, for the full amount of the returned payment, plus a $30.00 returned payment fee, for a total amount of $3,177.30

Failure to correct this situation within ten (10) days from the date of this letter may jeopardize your credit, and your ability to retain use of the equipment.

This letter is not an all-inclusive statement of Ascentium Capital LLC's rights against any person or entity. Moreover, nothing stated in or omitted from this letter is a waiver of, or has any adverse effect on, any of Ascentium Capital LLC's rights or remedies, and all such rights and remedies are cumulative and are expressly reserved.

Sincerely,
Ascentium Capital LLC

Bill Maier
Account Representative
281.348.2074



EXHIBIT C-1

101-20170216