

June 7, 2017

Central Usa Wireless, LLC
11210 MONTGOMERY RD
CENTERVILLE, OH 45429

RE: Ascentium Capital LLC Agreement Number 2167754 ("Agreement")

Ladies and Gentlemen:

Our office has made numerous attempts to contact you regarding the situation with the above-referenced Agreement and the past due amount, but to-date our efforts to reach you have been unsuccessful. The purpose of this letter is to request that you contact the undersigned today.

We understand that infrequent circumstances sometimes prevent a timely response; however, to work through this situation we must have open communication. Continued failure to address this situation could jeopardize the future relationship between our two companies.

I urge you to give this matter your immediate attention and respond today.

Sincerely,
Ascentium Capital LLC

LaNiisha Gray
Account Representative
281.348.2019

111-20160224



EXHIBIT C-2