

August 15, 2017

Central Usa Wireless, LLC
8600 GOVERNORS HILL DR STE 160
CINCINNATI OH 45249

RE: Ascentium Capital LLC Agreement Number 2167754 Past Due 7/1/17 $ 6612..84

## DEMAND FOR PAYMENT

Ladies and Gentlemen:

Ascentium Capital LLC or its predecessor in interest ("Ascentium") entered into the above-referenced Agreement with you. The Agreement is in default due to non-payment. There has been a failure to adequately address the accumulated delinquency, and as a result, the total past due amount is now $6,612.84.

Demand is hereby made on you for payment of the entire past due amount within ten (10) days from the date of this letter. Unless this demand is timely and fully satisfied, or this matter is otherwise resolved in written documentation acceptable to Ascentium in its sole discretion, Ascentium may take all further steps it deems appropriate, including and without limitation commencing a legal action against any or all applicable entities or individuals. Other remedies available to Ascentium consist of, but are not limited to; acceleration of all remaining amounts due, repossession of the equipment, and recovery of attorney fees and costs should legal action become necessary. If Ascentium forced to file suit, you will not only lose the use of the equipment, but may be subjected to a substantial judgment as well as fees in defending your actions.

If any payment less than the indebtedness determined by the demand above is delivered to Ascentium, such payment will be applied to said indebtedness (in any sequence Ascentium selects in its sole discretion), with full reservation of all of Ascentium's rights and remedies and without waiver of or prejudice to any of Ascentium's rights or remedies. Moreover, any such partial payment shall not cure any default under the Agreement, and such payment shall not be an alteration or modification of this demand.

This letter is not an all-inclusive statement of Ascentium's rights or remedies against any person or entity. Moreover, nothing stated in or omitted from this letter is a waiver of, or has any adverse effect on, any of Ascentium's rights or remedies, and all such rights and remedies are cumulative, may be exercised simultaneously, and are expressly reserved.

This is a formal demand and it is recommended that you govern your actions accordingly.

Sincerely,
Ascentium Capital LLC
Carlos Galvez
Account Representative
877.568.5915 ext 2083

381-20160224

EXHIBIT
C-3