

October 2, 2017

Central Usa Wireless, LLC
8600 GOVERNORS HILL DR STE 160
CINCINNATI, OH 45249

RE: Ascentium Capital LLC Agreement Number 2167754 ("Agreement")

## NOTICE OF ACCELERATION

Ladies and Gentlemen:

On or about 12/08/15 you financed equipment under the above-referenced Agreement with Ascentium Capital LLC or Ascentium's predecessor in interest ("Ascentium"). Payments under the Agreement are past due and the Agreement is in default. We have attempted to resolve the default without success.

Your attention is directed to the terms and conditions of the Agreement. If you do not pay when due or if you breach or fail to perform any of your other covenants and promises under the Agreement, you are in default. If you are in default Ascentium can accelerate and require that you pay the remaining balance of the Agreement and return the equipment. Ascentium can also pursue any of the remedies available to it under the Uniform Commercial Code or any other law. If Ascentium refers the Agreement to an attorney for collection, you can be held responsible to pay our reasonable attorney fees and actual costs. If Ascentium has to take possession of the equipment you will be held responsible to pay the cost of repossession.

Ascentium hereby demands payment of the entire accelerated balance in the amount of $126,108.00 plus accrued interest thereon, plus other contractually applicable charges, all of which must be received at Ascentium's office at 23970 Highway 59 North, Kingwood, Texas 77339, no later than ten (10) days from the date of this letter.

Ascentium further demands that you return the equipment at a location Ascentium deems acceptable. Please contact the undersigned for shipping instructions. The cost of shipping and transportation for the return of the equipment shall be prepaid by you, and at no cost to Ascentium. The equipment must be securely packed, insured and returned by a means of transportation that guarantees the equipment will not be damaged in transit to avoid the cost of repair and to ensure Ascentium's ability to resell the equipment at the best possible price. The resale of the equipment will be credited against the total amount due from you under the Agreement.

If Ascentium does not receive full payment of the amounts demanded above and the equipment from you on or before the date set forth above, an action at law may be instituted to recover the full amounts due under the Agreement, as well as the equipment, and any fees or costs associated therewith. If any payment less than the indebtedness determined by the demand above is delivered to Ascentium, such payment will be applied to said indebtedness (in any sequence Ascentium selects in its sole discretion), with full reservation of all of Ascentium's rights and remedies and without waiver of or prejudice to any of Ascentium's rights or remedies. Moreover, any such partial payment shall not cure any default under the Agreement, and such payment shall not reinstate or de-accelerate any indebtedness under the Agreement. Therefore, unless the demand stated above is timely and fully satisfied, or this matter is otherwise resolved in written documentation acceptable to Ascentium in its sole discretion within 10 days from the date of this letter, Ascentium may take all further steps it deems appropriate, including and without limitation commencing a legal action against any or all applicable entities or individuals.

This letter is not an all-inclusive statement of Ascentium's rights or remedies against any person or entity. Moreover, nothing stated in or omitted from this letter is a waiver of, or has any adverse effect on, any of Ascentium's rights or remedies, and all such rights and remedies are cumulative, may be exercised simultaneously, and are expressly reserved.

Ascentium Capital LLC

Jeffery Hoskins
Account Representative
281.348.2067



EXHIBIT C-4

011-20160224