

May 26, 2017

CHRISTOPHER HILDEBRANT
5484 WINDING CAPE WAY
MASON, OH 45040

RE: Ascentium Capital Agreement Number 2167754 ("Agreement");
Customer Name: Central Usa Wireless, LLC ("Customer")

## DEMAND FOR PAYMENT

Sir or Madam:

Ascentium Capital LLC or its predecessor in interest ("Ascentium") entered into the above-referenced Agreement with Central Usa Wireless, LLC. You guaranteed the payment and performance of the Agreement.

The undersigned is writing this letter to you to advise you that the above-referenced Agreement is seriously in default because of the failure of the Customer to make the required payments. As of the date of this letter the Agreement is past due in the amount of $1,020.06.

This letter is formal demand that you, as Guarantor, pay the past due amount within ten (10) days from the date of this letter. If you do not timely and fully satisfy this demand, you are hereby notified that Ascentium will take all further steps it deems appropriate. If any payment less than the indebtedness determined by the demand above is delivered to Ascentium, such payment will be applied to said indebtedness (in any sequence Ascentium selects in its sole discretion), with full reservation of all of Ascentium's rights and remedies and without waiver of or prejudice to any of Ascentium's rights or remedies. Moreover, any such partial payment shall not cure any default under the Agreement, and such payment shall not be an alteration or modification of the demand above.

**You are hereby notified that a negative credit report reflecting on your credit record may be submitted by Ascentium, to a credit reporting agency, if you fail to fulfill the terms of your obligation with respect to this Agreement.**

This letter is not an all-inclusive statement of Ascentium's rights against any person or entity. Moreover, nothing stated in or omitted from this letter is a waiver of, or has any adverse effect on, any of Ascentium's rights or remedies, and all such rights and remedies are cumulative and are expressly reserved.

Sincerely,
Ascentium Capital LLC

Bill Maier
Account Representative
281.348.2074



EXHIBIT
D-1

071-20160224